

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Houston District Office**

Leland Federal Building
1919 Smith Street, 6th Floor
Houston, TX  77002
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Houston Direct Dial: (713) 651-4900
FAX: (713) 651-4902
www.eeoc.gov

# NOTICE REGARDING EMPLOYMENT DISCRIMINATION PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 & THE AMERICANS WITH DISABILITIES ACT

1. Federal law prohibits discrimination or harassment against any employee or applicant for employment with respect to hiring, compensation, promotions, or other terms, conditions or privileges of employment because of the applicant or employee's race, gender, color, religion, national origin, age, disability, or genetic information.

2. Gender discrimination includes discrimination against an employee and applicant based on pregnancy or childbirth. <u>It is illegal under Federal law for an employer to take any adverse employment action against an employee or applicant because of pregnancy</u>.

3. Disability discrimination includes discrimination against an employee or applicant because that individual has, has a record of having, or is regarded by the employer as having a medical condition related to pregnancy or childbirth, <u>such as, but not limited to</u>, gestational diabetes, preeclampsia, hypertension, or severe morning sickness. <u>It is illegal under Federal law for an employer to take any adverse employment action against an employee or applicant because of such a condition, including by altering an employee's duties or reassigning the employee to a different position because of a belief or assumption that the employee cannot perform certain job functions or duties.</u>

3. Federal law also prohibits retaliation against any employee or applicant who, in good faith, exercises his or her right to resist, complain about and/or otherwise oppose unlawful discrimination, including pregnancy discrimination and disability discrimination.

4. Carolina Creek Christian Camp supports and complies with Federal law in all respects, and will not engage in any employment discrimination, including discrimination based on pregnancy and/or disability, and will not retaliate against any employee or applicant who, in good faith, makes a complaint of discrimination, who employs counsel to make a discrimination complaint, or who files a charge of discrimination with the U.S. Equal Employment Opportunity Commission (EEOC) or other relevant agency, provides information to the EEOC, and/or receives a settlement of a charge or complaint.

5. Any applicant or employee who wishes to complain of illegal discrimination is advised to report such complaint to the Executive Director. If any employee has a complaint concerning the Executive Director or is otherwise uncomfortable making a complaint to the Executive Director, please contact Carolina Creek Christian Camp Board Member

**Exhibit "A"**

Martha Law at (713) 705-2719. Employees or applicants who believe they have been subjected to illegal employment discrimination are encouraged to contact the EEOC at 1919 Smith St., 6th Floor, Houston, TX 77002, (800) 669-4000 or (713) 651-4900, www.eeoc.gov.

SIGNED this _____ day of _____, 2017.

                                                    _____
                                                    Lisa Olson

                                                    _____
                                                    Executive Director