UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 17, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Equal Employment Opportunity Commission, | § § § |
| Plaintiff, | § § |
| versus | § § |
| Carolina Creek Christian Camp, Inc., | § § § |
| Defendant. | § |

Civil Action H-16-3714

# Final Dismissal

1. The parties' settlement is approved. (19)

2. This case is dismissed with prejudice.

3. The court retains jurisdiction to enforce the settlement.

Signed on May 17, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge